**96–210.** State v. McGee. *Logan County,* No. 8–94–38. Discretionary appeal allowed on Proposition of Law No. I only.

PFEIFER, J., would allow all propositions of law.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

## RECONSIDERATION DOCKET

**95–2097.** Cincinnati v. May. *Hamilton County,* No. C–940862. Reported at 74 Ohio St.3d 1522, 660 N.E.2d 742. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.